United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JORGE LUIS MELENDEZ, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:18-CV-256 |
| § | |
| RALPH HANSON, § | |
| § | |
| Respondent. § | |

## ORDER

The Court is in receipt of Defendant Ralph Hanson's ("Hanson") Response to Motion for Writ of Habeas Corpus and Motion to Dismiss, Dkt. No. 13; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 16; Plaintiff's Objections to the M&R, Dkt. No. 17; and Plaintiff's Reply in Opposition to Response to Motion for Writ of Habeas Corpus and Motion to Dismiss, Dkt. No. 18.

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 16, and **GRANTS WITHOUT PREJUDICE** Hanson's Motion to Dismiss, Dkt. No. 13. Final Judgment will be entered separately.

SIGNED this 5th day of June 2019.

_____
Hilda Tagle
Senior United States District Judge